UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM FRY,<br><br>        Petitioner,<br><br>  v.<br><br>CHARLES R. GILKEY, Warden,<br><br>        Respondent. | CV F 03-5244 AWI LJO HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #32]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner, proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On July 26, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED because the petition does not allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Findings and Recommendation issued July 26, 2005, is ADOPTED IN FULL;

      2. The petition for writ of habeas corpus is DISMISSED; and

      3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:    October 14, 2005**          /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE